FILED by CF D.C.
ELECTRONIC
JAN 09, 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20015-CR-MOORE/GARBER

18 U.S.C. § 922(g)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JOHN MURRAY JOHNSON, JR.,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about December 17, 2006, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOHN MURRAY JOHNSON, JR.,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

It is further alleged that the firearm and ammunition are:

(a) a MK Model K99-7.62 semi-automatic rifle; and

(b) 38 rounds of 7.62-caliber ammunition.

## FORFEITURE

The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which

the defendant, **JOHN MURRAY JOHNSON, JR.**, has an interest, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

1. Upon conviction of the violation alleged in the Indictment, the defendant John Murray Johnson, Jr., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), as made applicable hereto by Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the commission of such violation.

2. The property subject to forfeiture includes, but is not limited to:

(a) a MK Model K99-7.62 semi-automatic rifle; and

(b) 38 rounds of 7.62-caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BRENT TANTILLO
ASSISTANT U.S. ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOHN MURRAY JOHNSON, JR.

    **Defendant.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| X | Miami | __ | Key West |
| __ | FTL | __ | WPB __ FTP |

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect _____

4. This case will take    2-3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | __ | |
   | II | 6 to 10 days | __ | Minor | __ | |
   | III | 11 to 20 days | __ | Misdem. | __ | |
   | IV | 21 to 60 days | __ | Felony | X | |
   | V | 61 days and over | __ | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    Yes
   If yes:
   Magistrate Case No. 06-3387-Bandstra
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of December 17, 2006
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes   x   No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes   x   No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes   x   No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes   x   No

_____
BRENT S. TANTILLO
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501027

Penalty Sheet(s) attached                            REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __JOHN MURRAY JOHNSON, JR.__   Case No:_____

Count #: 1

Felon in possession of a firearm and ammunition

Title 18, United States Code, Section 922(g)(1)

*Max. Penalty: Life imprisonment

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.